■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGE RODRIGUEZ, Appellant. [933 NYS2d 599]—

Contrary to the defendant's contention, under the circumstances presented in this case, the trial court's responses to the jury's notes regarding the issue of intent, which were formulated after consulting with counsel, meaningfully addressed the jury's inquiries, contained no misstatements of the law, and did not unfairly prejudice the defendant (*see People v Steinberg*, 79 NY2d 673, 684-685 [1992]; *People v Greene*, 87 AD3d 551 [2011]; *People v Benard*, 69 AD3d 952, 953 [2010]; *People v Fair*, 308 AD2d 597, 597-598 [2003]). Accordingly, the trial court did not err in its responses to the jury's notes and inquiries. Mastro, J.P., Chambers, Sgroi and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN SPENCER, Appellant. [933 NYS2d 611]—

The defendant's valid waiver of his right to appeal precludes appellate review of his claim that the sentence was excessive (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]; *People v Hawthorne*, 85 AD3d 819 [2011]; *People v Benitez*, 84 AD3d 826 [2011]). Rivera, J.P., Florio, Eng, Hall and Cohen, JJ., concur.